

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2017, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated December 13, 2016, it is ordered that these causes be transferred to the Twelfth Court of Appeals, Tyler, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Twelfth Court of Appeals.

| | |
|---|---|
| 09-16-462-CR | Jamarcus Markray v. State of Texas |
| 09-16-463-CR | Tyaus Wells v. State of Texas |
| 09-16-464-CR | Tyaus Wells v. State of Texas |
| 09-16-465-CV | Jeremy Wimberly v. Thomas J. Burbank, LLC |
| 09-16-467-CR | Cody Jo Roberts v. State of Texas |
| 09-16-469-CR | Julian Leonard Haynes v. State of Texas |
| 09-16-471-CR | Jerome Marks v. State of Texas |
| 09-16-472-CR | Jerome Marks v. State of Texas |
| 09-16-473-CR | Jerome Marks v. State of Texas |
| 09-16-477-CV | Murray B. Becker v. Mary Ann Becker |
| 09-16-478-CV | Pam Miller & Tobe Miller v. Jasper-Newton Electric Cooperative |
| 09-16-487-CR | Lindsey Marie Peveto v. State of Texas |
| 09-16-488-CV | Janet Ceasar v. Glenndell Walker |
| 09-16-490-CR | William Stephen Carpenter v. State of Texas |
| 09-16-491-CV | In the Matter of J.W. |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Twelfth District of Texas at Tyler as appears of record in Minute Book Volume 21."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 4th of January 2017.

_____
Carol Anne Harley
Clerk of the Court